United States Bankruptcy Court
Northern District of Ohio

Stein,
    Plaintiff

Adv. Proc. No. 20-01104-jps

Transamerica Life Insurance Company,
    Defendant

# CERTIFICATE OF NOTICE

District/off: 0647-1     User: mgaug     Page 1 of 1
Date Rcvd: Nov 17, 2020     Form ID: pdf701     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol**     **Definition**
+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 19, 2020:**

**Recip ID**     **Recipient Name and Address**
dft     + Transamerica Life Insurance Company, Attn: Marty Flewellen, President or CEO, 4333 Edgewood Road NE, Cedar Rapids, IA 52499-0001

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 19, 2020     Signature:     /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 17, 2020 at the address(es) listed below:

**Name**     **Email Address**

Robert D. Barr
    on behalf of Defendant Transamerica Life Insurance Company rbarr@koehler.law syackly@koehler.law

Sheldon Stein
    on behalf of Plaintiff Sheldon Stein ssteindocs@gmail.com kristine@steintrustee.com;sheldon@steintrustee.com

Sheldon Stein
    ssteindocs@gmail.com sstein@ecf.axosfs.com;sheldon@steintrustee.com

TOTAL: 3

IT IS SO ORDERED.

Dated: 16 November, 2020 12:30 PM



JESSICA E. PRICE SMITH
UNITED STATES BANKRUPTCY JUDGE

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In Re: | ) | Case No. 20-13553 (JPS) |
| | ) | |
| BRENDA K. TAYLOR, | ) | Chapter 7 |
| | ) | |
| Debtor. | ) | Judge: JESSICA E. PRICE SMITH |
| | ) | |
| SHELDON STEIN, CHAPTER 7 TRUSTEE | ) | Adversary Proceeding No. 20-01104 |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | |
| TRANSAMERICA LIFE INSURANCE COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |

## AGREED FINAL JUDGMENT

This matter is before the Court on the Complaint of the Plaintiff, Sheldon Stein, the Chapter 7 Trustee in Bankruptcy (the "Trustee"), for an Order directing the Defendant, Transamerica Life Insurance Company ("Transamerica"), to turn over the cash value of a life insurance policy (contact

number ending 9434) allegedly owned by Debtor, Brenda K. Taylor (the "Debtor"), with a cash surrender value of $2,509.75 (the "Policy"). Due notice of this proceeding has been given to Transamerica.

The Court finds that the matters alleged in the Trustee's complaint are within the core matter jurisdiction of this Court under 28 U.S.C. §§ 157(b)(2)(A) and (E), relating among other things to, the turnover of property of the bankruptcy estate pursuant to 11 U.S.C. §§ 542 and 543.

The Court further finds that the Trustee and Transamerica have resolved all matters set forth in the Trustee's complaint, on the following terms and conditions.

IT IS THEREFORE ORDERED, by agreement of the parties, as follows:

1. Transamerica issued the Policy, which is property of the bankruptcy estate pursuant to 11 U.S.C. § 541.

2. In accordance with the agreement reached by the parties, Transamerica is hereby ordered and directed to surrender and turn over the entire cash value of the Policy in the amount of $2,509.75 to the Trustee (the "Surrender").

3. No taxes shall be withheld from the Policy cash value remitted to the Trustee.

4. The check representing the cash value of the Policy shall be payable to "Sheldon Stein, Trustee" with "Case No. 20-13553" written on the memo line of the check. The check shall be delivered to: Sheldon Stein, Trustee, P.O. Box 5606, Cleveland, Ohio 44101.

5. The Surrender and payment of the Policy proceeds to the Trustee shall take place on or before fourteen (14) business days immediately following the entry of this Judgment.

# # #

**Agreed and Consented to by:**

/s/ Sheldon Stein
Sheldon Stein (#0007292)
S. STEIN COMPANY LLC
50 Public Square, Suite 2200
Cleveland, Ohio 44101
Phone: (216) 696-7449
Email: ssteindocs@gmail.com

Attorney for the Plaintiff,
Sheldon Stein, Chapter 7 Trustee


/s/ Robert D. Barr
Robert D. Barr (#0067121)
KOEHLER FITZGERALD LLC
1111 Superior Avenue East, Suite 2500
Cleveland, Ohio 44114
Phone: (216) 744-2739
Fax: (216) 916-4369
Email: rbarr@koehler.law

Attorney for the Defendant,
Transamerica Life Insurance Company


# **SERVICE LIST**

**To be served via the Court's Electronic Case Filing System on these entities and individuals who are listed on the Court's Electronic Mail Notice List:**

 Sheldon Stein, Attorney for the Plaintiff, at ssteindocs@gmail.com

 Robert D. Barr, Attorney for the Defendant, at rbarr@koehler.law